[No. 7646–9–I. Division One. December 22, 1980.]

CHARLES K. EARL, ET AL, *Appellants,* v. ALL FAB, INC., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 133391, Daniel T. Kershner, J.,

entered April 27, 1979. *Affirmed* by unpublished opinion per Callow, C.J., concurred in by Ringold and Durham, JJ.